**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEOBARDO LOPEZ,<br><br>            Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>            Respondent. | Case No. CV 19-0855-JVS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the First Amended Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.

    The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the First Amended Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: March 7, 2022

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE