JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEOBARDO LOPEZ, | Case No. CV 19-0855-JVS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: March 7, 2022

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE